**Order entered September 14, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00447-CV**

**IN THE MATTER OF B.N., A JUVENILE**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01337-W**

**ORDER**

The reporter's record in this appeal is incomplete. On July 30, 2020, appellant requested a supplemental reporter's record be filed. When it had not been filed by August 27, 2020, we ordered Martha Grant, Official Court Reporter for the 304th Judicial District Court, to file the record no later than September 8, 2020. To date, the record has not been filed.

Accordingly, we **ORDER** Ms. Grant to file the record **no later than September 23, 2020.** Because this appeal was filed April 9, 2020 and cannot proceed without a complete record, we caution Ms. Grant that failure to comply

may result in the Court taking any steps necessary to ensure compliance including ordering she not sit as a reporter until she has complied.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; Ms. Grant; and, the parties.

/s/ KEN MOLBERG
   JUSTICE